UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DIAMOND STONE FUNDING, INC,

                        Plaintiff,

-against-

CHALDEAN ENTERPRISE, LLC, d/b/a as Speedy Weedy, and FURAT NAJAH ALSAIGH

                        Defendants.
------------------------------------------------------------------X

**ORDER**

22-CV-5638 (KPF) (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge:**

        This case was referred to Magistrate Judge Willis on January 19, 2023 for settlement. ECF No. 15. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) and provide three mutually agreeable dates for an Initial Case Management Conference by **January 26, 2023**. Proposed dates should be on or after March 7, 2023.

        SO ORDERED.

DATED:    New York, New York
               January 19, 2023

                                                      */s/ Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge