UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIAMOND STONE FUNDING, INC.,

                Plaintiff,

-v.-

CHALDEAN ENTERPRISE, LLC, *doing business as Speedy Weedy* and FURAT NAJAH ALSAIGH,

                Defendants.

22 Civ. 5638 (KPF) (JW)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    In light of the Court's referral of this case to Magistrate Judge Willis for settlement, the post-fact conference currently scheduled for January 20, 2023, is hereby ADJOURNED *sine die*.

    SO ORDERED.

Dated:   January 20, 2023
          New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge