UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DIAMOND STONE FUNDING, INC.,

                Plaintiff,                        **ORDER**

      -against-                    **22-CV-5638 (KPF) (JW)**

CHALDEAN ENTERPRISE, LLC, d/b/a
Speedy Weedy, and FURAT NAJAH ALSAIGH

                Defendants.

------------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

    A settlement conference in this matter was scheduled for March 13, 2023 at 10:30AM in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.  Plaintiff was over an hour late.

    Furthermore, the Parties must review Judge Willis's Standing Order for All Cases Referred for Settlement and prepare pre-conference submissions accordingly. Section 3 of the Standing Order states:

> "If the plaintiff has not already made a settlement demand, such a demand shall be communicated to the opposing party no later than 14 days prior to the conference. If it has not already done so, the opposing party shall respond to any demand no later than 7 days thereafter. Even if plaintiff has made a demand as part of a court-ordered or private mediation previously attended by the parties, plaintiff is still required to make (or renew) a demand 14 days prior to the conference, and defendant must respond within 7 days."

    Neither Party included its demands or the other Party's counter-demands in their most recent pre-conference submissions.

If the Parties feel that it would be productive to reschedule the settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by March 20, 2023 at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in April and May.

Pre-conference submissions must be received by the Court no later than one week prior to the date of the second Settlement Conference. Those pre-conference submissions must conform to the rules in the Standing Order.

SO ORDERED.

Dated: March 13, 2023
      New York, New York

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge