UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIAMOND STONE FUNDING, INC.,

                    Plaintiff,

      -against-

CHALDEAN ENTERPRISE, LLC, d/b/a
Speedy Weedy, and FURAT NAJAH ALSAIGH

                    Defendants.

-----------------------------------------------------------------X

**ORDER**

**22-cv-5638 (KPF) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

The Parties are directed to jointly file a letter by **May 23, 2023**, providing an update on the status of the case and any ongoing settlement discussions.

The Parties should include in their letter whether they are still interested in a settlement conference.

If the Parties feel that it would be productive to hold a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by May 23, 2023 at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in June, July, or August.

    SO ORDERED.

Dated:  May 10, 2023
         New York, New York

_____
JENNIFER E. WILLIS
United States Magistrate Judge