

**Shane R. Heskin**

1650 Market Street | One Liberty Place,
Direct 215.864.6329 | Fax 215.399.960
heskins@whiteandwilliams.com | white

July 19, 2023

**VIA ECF**

Hon. Jennifer E. Willis, Magi
United States District Court
Southern District of New Yor
40 Foley Square, Room 228
New York, New York 10007

> The request to adjourn is GRANTED. The Parties are directed to contact Courtroom Deputy Christopher Davis via email **by July 27, 2023** at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in September, October, or November.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> July 19, 2023

RE: *Diamond Stone Funding, Inc. v. Chaldean Enterprise, LLC*, et al.,
  22-cv-05638-KPF – Joint Adjournment Request of Settlement Conference

Dear Judge Willis:

   Defendants Chaldean Enterprise, LLC d/b/a Speedy Weedy and Furat Najah Alsaigh ("Defendants"), by and through their undersigned counsel and on behalf of and joined by Plaintiff Diamond Stone Funding, Inc., hereby request an adjournment of the settlement conference scheduled before Your Honor for July 19, 2023 at 11:00 a.m.  The basis for this request, and its short notice, is that Plaintiff's counsel's has a personal emergency that arose recently will not be able to attempt today's conference.  Defendants consent to the adjournment request and the parties will work with the Court and Your Honor to reschedule the settlement conference.

                    Respectfully submitted,

                    **WHITE AND WILLIAMS LLP**

                     /s/ *Shane R. Heskin*
                    Shane R. Heskin, Esq. (*Attorneys of Defendants*)

30912087v.1