UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DIAMOND STONE FUNDING, INC.,

                          Plaintiff,

        -against-

CHALDEAN ENTERPRISE, LLC, d/b/a
Speedy Weedy, and FURAT NAJAH ALSAIGH

                         Defendants.

**ORDER**

22-cv-5638 (KPF) (JW)

------------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      The Parties are directed to jointly file a letter **by December 15th,** providing an update on the status of the case and any ongoing settlement discussions.

      The Parties should include in their letter whether they are still interested in a settlement conference.

      If the Parties feel that it would be productive to hold a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by December 15th at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in February, March, or April.

      SO ORDERED.

Dated: November 30, 2023
       New York, New York

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge