

ERIC R. STERN, ESQ.
Founding Partner
Cell (917) 741-3025
EStern@SternLawGroup.com

January 26, 2024

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York



Re: *Diamond Stone Funding v. Chaldean Enterprise, LLC, et, al*.
 Civil Case No. 22-cv-05638 (KPF)

Dear Judge Failla:

We write on behalf of the Plaintiff pursuant to Rule 2.C.1 of Your Honor's Individual Practices to respectfully request an adjournment of the conference scheduled for **February 15, 2024 at 3:00PM** as set forth in the Court's Order entered on January 24, 2024/ (ECF No. 32)

This is Defendants *First* request for such extension.

The reason for this request is that the undersigned is scheduled to be out of the country visiting two college-aged children studying abroad from February 14, 2024 through February 20, 2024.

Counsel for Defendants *consent* to this request.

We thank the Court for its consideration.

Respectfully submitted,

STERN LAW GROUP

Eric R. Stern, Esq.

cc: Chambers: Failla_NYSDChambers@nysd.uscourts.gov

Application GRANTED.  The hearing in this matter is hereby ADJOURNED to **February 28, 2024,** at **11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket number 33.

Dated:     January 29, 2024              SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE