

ERIC R. STERN, ESQ.
Founding Partner
Cell (917) 741-3025
EStern@SternLawGroup.com

February 27, 2024

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York

**MEMO ENDORSED**

Re: *Diamond Stone Funding v. Chaldean Enterprise, LLC, et, al*.
Civil Case No. 22-cv-05638 (KPF)

Dear Judge Failla:

We write on behalf of the Plaintiff pursuant to Rule 2.C.1 of Your Honor's Individual Practices to respectfully request an adjournment of the conference rescheduled to **February 29, 2024 at 11:00AM** as set forth in the Court's Order entered yesterday, February 26, 2024.

This is Defendants *First* request for an adjournment of this conference.

The reason for this request is that the undersigned has a pre-scheduled mediation in a matter before the DC Circuit Court of Appeals captioned *Maywood v. NLRB*, No. 23-1296, 23-1308.

We thank the Court for its consideration.

Respectfully submitted,

STERN LAW GROUP

Eric R. Stern, Esq.

cc: Chambers: Failla_NYSDChambers@nysd.uscourts.gov

Application GRANTED.  The conference is hereby ADJOURNED to **March 12, 2024,** at **11:30 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket number 35.

| | |
|---|---|
| Dated:    February 27, 2024<br>         New York, New York | SO ORDERED.<br><br>*[signature]*<br><br>HON. KATHERINE POLK FAILLA<br>UNITED STATES DISTRICT JUDGE |