

**Shane R. Heskin**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6329 | Fax 215.399.9603
heskins@whiteandwilliams.com | whiteandwilliams.com

March 11, 2024

<u>**VIA ECF**</u>

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 618
New York, New York 10007



RE: *Diamond Stone Funding, Inc. v. Chaldean Enterprise, LLC*, et al.,
<u>22-cv-05638-KPF – Letter Requesting Adjournment of March 12, 2024
Conference</u>

Dear Judge Failla:

      We write on behalf of Defendants pursuant to Rule 2.C.1 of Your Honor's Individual Practices to respectfully request an adjournment of the conference scheduled for **March 12, 2024 at 11:30 AM**.

      We have conferred with counsel and both counsel are available next week between the 18th and 20th if the Court has availability.

      This is Defendants' First request for an adjournment of this conference.

      The reason for this request is that lead counsel has a conflict in federal court in Delaware that I thought would be resolved but is not. Nevertheless, our firm has another partner prepared to handle the hearing tomorrow if necessary.

      We thank the Court for its consideration.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

_/s/ *Shane R. Heskin*_____
Shane R. Heskin, Esq. (*Attorneys of Defendants*)

32566316v.1

The Court is in receipt of Defendants' request for an adjournment of the conference scheduled for March 12, 2024.  The Court GRANTS Defendants' request in this instance.  The conference is hereby ADJOURNED to **April 4, 2024**, at **3:00 p.m.**  No further adjournments will be granted absent good cause.

The Clerk of Court is directed to terminate the pending motion at docket number 37.

Dated:     March 12, 2024               SO ORDERED.
           New York, New York

                                        *Katherine Polk Failla*

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE