**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DIAMOND STONE FUNDING, INC.,

         Plaintiff,        **ORDER**

     -against-         **22-CV-5638 (KPF) (JW)**

CHALDEAN ENTERPRISE, LLC, d/b/a
SPEEDY WEEDY and FURAT NAJAH
ALSAIGH,

         Defendants.
-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

  The Honorable Katherine Polk Failla referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendants.

  Accordingly, IT IS HEREBY ORDERED that, on or before **May 9, 2025**, the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages.  The Plaintiff must serve these documents on Defendant, and file proof of such service with the Clerk of Court.

  IT IS FURTHER ORDERED that, on or before **May 29, 2025**, the Defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

The Plaintiff shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:    March 18, 2025
         New York, New York

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge