**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DIAMOND STONE FUNDING, INC.,

                            Plaintiff,                    **ORDER**

                  -against-                      **22-CV-5638 (KPF) (JW)**

CHALDEAN ENTERPRISE, LLC, d/b/a
SPEEDY WEEDY and FURAT NAJAH
ALSAIGH,

                            Defendants.
-------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      The Honorable Katherine Polk Failla referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendants. The Court initially set a scheduling Order that Plaintiff did not abide by. Plaintiff filed a letter motion with explanation. Dkt. No. 50. The Court will now set a new briefing schedule. Any further missed deadlines by Plaintiff will result in a recommendation of no damages.

      Accordingly, IT IS HEREBY ORDERED that, on or before **November 28, 2025**, the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The Plaintiff must serve these documents on Defendant, and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before **December 29, 2025**, the Defendant shall prepare and file any opposing memoranda, affidavits and exhibits,

as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

The Plaintiff shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:  October 31, 2025
        New York, New York

_____
JENNIFER E. WILLIS
United States Magistrate Judge